[No. 16447-3-I.   Division One.   March 23, 1987.]

HAROLD C. GUSTAFSON, ET AL, *Appellants*, v. THE
CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 80-2-12216-9, Robert E. Dixon, J., entered November 11, 1985. *Affirmed* by unpublished opinion per

Ennis, J. Pro Tem., concurred in by Andersen and Wilson, JJ. Pro Tem.